

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EJ Madison, LLC., a Texas limited liability company, | § | No. 08-17-00229-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| Pro-Tech Diesel, Inc., | § | (TC# 2015-DCV2479) |
| Appellee. | § | |

**O R D E R**

Pending before the Court is Appellant's motion to abate the appeal in order for the trial court to enter findings of fact and conclusions of law. Alternatively, Appellant requests that the due date for its brief be extended. The record before us reflects that Appellant complied with the requirements of TEX.R.CIV.P. 296. The motion is GRANTED.

The trial court is directed to file written findings of fact and conclusions of law with the El Paso District Clerk on or before March 10, 2018. The El Paso District Clerk is directed to prepare and file a supplemental clerk's record containing the findings of fact and conclusions of law with the Clerk of this Court on or before **March 20, 2018**. The appeal will be reinstated by order of the Court after the supplemental clerk's record is filed. Appellant's brief will be due no later than 30 days after the date the appeal is reinstated.

IT IS SO ORDERED this 8th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.